IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARRLINA BOLDEN, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | CASE NO.:  3:07 CV917-SRW |
| | | |
| DALE CUNNINGHAM, GREYHOUND | * | |
| LINES, INC. | * | |
| | * | |
| Defendants | * | |

## CONSENT TO AND JOINDER OF REMOVAL

COMES NOW, Defendant Dale Cunningham by and through undersigned counsel and consents to the joinder of the removal of the above styled action from the Circuit Court of Russell County to Federal District Court for the Middle District of Alabama Eastern Division.

Respectfully Submitted,


s/ D. Kirby Howard, Jr.
DONALD F. PIERCE   (PIERD9277)
JOHN C.S. PIERCE    (PIERJ0347)
D. KIRBY HOWARD, JR. (HOWD3177)
Attorneys for Greyhound Lines, Inc.

OF COUNSEL:

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLC
Post Office Box 16328
Mobile, Alabama  36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William J. Benton, Jr., Esq.
P. O. Box 2850
Phenix City, AL 36867

Done this 18th day of October, 2007.

s/ D. Kirby Howard, Jr.
COUNSEL