IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARRLINA BOLDEN, | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | *   CASE NO.:  3:07 CV917-SRW |
| | * |
| DALE CUNNINGHAM, GREYHOUND LINES, INC. | * |
| | * |
| Defendants | * |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dale Cunningham, a Defendant in the above captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entitles reportable under the provisions of the Middle district of Alabama's General Order No. 3047.

This party is an individual with no reportable entities that have a relationship to the party.

Respectfully Submitted,

s/ D. Kirby Howard, Jr.
DONALD F. PIERCE   (PIERD9277)
JOHN C.S. PIERCE   (PIERJ0347)
D. KIRBY HOWARD, JR. (HOWD3177)
Attorneys for Greyhound Lines, Inc.

OF COUNSEL:

BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLC
Post Office Box 16328
Mobile, Alabama  36616
(251) 338-3801 - telephone
(251) 338-3805 - facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William J. Benton, Jr., Esq.
P. O. Box 2850
Phenix City, AL 36867

Done this 19th day of October, 2007.

                                                      s/ D. Kirby Howard, Jr.
                                                     COUNSEL