## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 23, 2007

## NOTICE OF ERROR

**To:**     **All Counsel of Record**

**Case Style:   Bolden v. Cunningham et al**

**Case Number:    3:07-cv-00917-SRW**

**Referenced Pleading:    Order & Final Judgment**
**Docket Entry Number:    8 & 9**

**The referenced pleading was filed on \*\*October 23, 2007\*\* in this case and
are hereby STRICKEN as erroneous docket entries.**

**This Order and Judgment was docketed in the wrong case.  Parties are instructed to disregard
#8 & #9 docketing entries, which have been stricken from the record as a docketing errors.**