IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARRLINA BOLDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-cv-0917-WKW |
| ) | |
| DALE CUNNINGHAM, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the plaintiff shall show cause in writing **on or before November 30, 2007**, why the defendants' motion to consolidate (Doc. # 12) should not be granted.

DONE this the 16th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE