

**AlaFile E-Notice**

57-CV-2007-000224.00

Judge: ALBERT L JOHNSON

To: BENTON WILLIAM J JR
1214 7TH AVENUE
POST OFFICE BOX 2850
PHENIX CITY, AL 36867

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

**MARRLINA BOLDEN VS DALE CUNNINGHAM, GREYHOUND LINES, INC. ET AL**
57-CV-2007-000224.00

The following matter was served on 9/24/2007

**D001 CUNNINGHAM DALE**
**CERTIFIED MAIL**

KATHY S. COULTER
**CIRCUIT COURT CLERK**
RUSSELL COUNTY, ALABAMA
POST OFFICE BOX 518
PHENIX CITY, AL 36868

334-298-0516
kathy.coulter@alacourt.gov