**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 5, 2007

# NOTICE OF REASSIGNMENT

Re:   Marrlina Bolden v. Dale Cunningham, et al.
      Civil Action No. #3:07-cv-00917-WKW-SRW

The above-styled case has been reassigned to Chief Judge Mark E. Fuller and Judge Terry F. Moorer .

Please note that the case number is now #3:07-cv-00917-MEF.  This new case number should be used on all future correspondence and pleadings in this action.