IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 DEC 12  A 11: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| MARRLINA BOLDEN, | * |
| Plaintiff | * |
| VERSUS | *  NO. 3:07cv917-SRW |
| DALE CUNNINGHAM and GREYHOUND LINES, INC., | * |
| | * |
| Defendants | * |

## MOTION FOR ADMISSION PRO HOC VICE OF R. BRENT CUERIA

R. Brent Cueria moves that he be admitted pro hoc vice for the purposes of this case and to designate R. Brent Cueria as co-counsel. All communications from the Court or other counsel with respect to this suit shall be sent to co-counsel at his address shown below.

The grounds for this motion are as follows:

1.

R. Brent Cueria, whose Louisiana Bar number, office address, telephone number, and telecopier number are set forth hereinafter, is a reputable attorney licensed to practice before the Supreme Court of Louisiana and before the United States District Court for the Eastern District of Louisiana, all as is more fully shown by the current certificate of good standing issued by the Clerk of United

1

States District Court for the Eastern District of Louisiana.

2.

Applicant R. Brent Cueria is an active member in good standing of the Bar of the State of Louisiana, the Federal Fifth Circuit, and the United States District Courts for the Eastern and Western Districts of Louisiana. He is not an inactive member or a member not in good standing of the bar in any jurisdiction in which he has been admitted to practice. He has not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which he is licensed within the preceding five (5) years. He has not been denied admission to the courts of any State or to any federal court. He is familiar with the local rules of the United Stated District Court for the Middle District of Alabama, and will at all times abide by and comply with the same.

Respectfully submitted

R. BRENT CUERIA (#18176)
700 Camp Street, Suite 316
New Orleans, LA 70130
Telephone: (504) 525-5211
Telecopier: (504) 525-3011
**Attorney for Plaintiff,
Marrlina Bolden**

## AFFIDAVIT OF R. BRENT CUERIA

STATE OF LOUISIANA
PARISH OF ORLEANS

I, R. Brent Cueria., being first duly sworn, make oath that I have read the foregoing motion and that all of the statements of fact made therein are true and correct.

_____
R. Brent Cueria

SWORN TO AND SUBSCRIBED
before me on this __7th__ day of December, 2007.

_____
NOTARY PUBLIC
My Commission Expires _at death_

3

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Louisiana

**CERTIFICATE OF GOOD STANDING**

I, _Loretta G. Whyte_, *Clerk of this Court,*

certify that _Robert Brent Cueria_, *Bar #* _18176_,

*was duly admitted to practice in this Court on*

_11/25/1987_, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _New Orleans, Louisiana_ on _11/21/2007_.
LOCATION                                DATE


Loretta G. Whyte                                    [signature]
CLERK                                               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARRLINA BOLDEN, | * |
| Plaintiff | * |
| VERSUS | * CASE NO. 3:07cv917-SRW |
| DALE CUNNINGHAM and | * FROM THE CIRCUIT |
| GREYHOUND LINES, INC., | COURT OF RUSSELL |
| | * COUNTY, ALABAMA |
| Defendants | * CV-07-224 |
| | * |

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HOC VICE OF R. BRENT CUERIA

Considering the foregoing motion, sworn affidavit of R. Brent Cueria, and the certificate of good standing attached to said motion,

IT IS ORDERED That R. Brent Cueria be and the same is hereby admitted pro hoc vice for the purposes of this case and that R. Brent Cueria be designated as co-counsel of record.

_____, Alabama, this _____ day of December, 2007.

_____
JUDGE

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001533
Cashier ID: brobinso
Transaction Date: 12/12/2007
Payer Name: R BRENT CUERIA
--------------------------------
PRO HOC VICE
 For: R BRENT CUERIA
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
--------------------------------
CHECK
 Check/Money Order Num: 6790
 Amt Tendered:  $20.00
--------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

BOLDEN V. CUNNINGHAM ET AL
```