IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| MARRLINA BOLDEN, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-917-MEF |
| | ) |
| DALE CUNNINGHAM, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for R. Brent Cueria to Appear Pro Hac Vice (Doc. #18) filed on December 12, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 14th day of December, 2007.

                                              /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE