IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARRLINA BOLDEN, | * |
| Plaintiff | * |
| VERSUS | *   NO. 3:07cv917-SRW |
| DALE CUNNINGHAM and GREYHOUND LINES, INC., | * |
| | * |
| Defendants | * |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Marrlina Bolden, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual with no reportable entities that have a relationship to the party.

Respectfully Submitted,

/s/ R. Brent Cueria
R. Brent Cueria  (La Bar Roll 18176)
Counsel for Plaintiff, Marrlina Bolden
Cueria Law Firm, LLC
700 Camp Street, Suite 316

New Orleans, Louisiana 70130
Phone: (504) 525-5211
Fax:   (504) 525-3011

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by ECF on this 18th day of December, 2007.

/s/ R. Brent Cueria
R. Brent Cueria (#18176)